| 1. Person Reporting (Last name, First name, Middle initial) Jones, Robert E | 2. Court or Organization U.S. District Court, Oregon | 3. Date of Report 5/1/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Senior | 5. ReportType (check appropriate type) ○ Nomination, Date  ○ Initial  ⊙ Annual  ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 1000 S.W. Third Avenue Room 1007 Portland, OR 97204-2902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE   2004 MAY -4 A 10: 48   RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1.  2002 | The Rutter Group - West Publishing - Lectures - Teaching | $3,250.00 |
| 2.  2002 - | The Rutter Group - West Publishing - Royalties | $12,262.90 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The Rutter Group | Federal Authors' Meeting, Los Angeles, CA, March 10 and 11 |
| 2. | The Rutter Group | Lectures - San Francisco and Los Angeles, CA, April 21 and 22 |
| 3. | The Rutter Group | Lectures - Portland, OR and Seattle, WA, May 6 and 7 |
| 4. | Federal Bar Association, E.D. of Washington, Spokane, WA | CLE presentation, May 16 |
| 5. | | Air, hotel, meals |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Jones,  Robert E | Date of Report<br><br>5/1/2004 |
| --- | --- | --- |

## V.  GIFTS.  (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Abbott Laboratories Common Stock | D | Dividend | K | T | | | | | |
| 2. Automatic Data Processing, Inc. Common Stock | D | Dividend | K | T | | | | | |
| 3. Clorox Co. Del. Common Stock | D | Dividend | K | T | | | | | |
| 4. Coca-Cola Company Common Stock | B | Dividend | K | T | | | | | |
| 5. Emerson Electric Co. Common Stock | C | Dividend | J | T | | | | | |
| 6. Gannett Company, Inc. Common Stock | E | Dividend | K | T | | | | | |
| 7. General Electric Co. Common Stock | A | Dividend | K | T | | | | | |
| 8. Johnson & Johnson Common Stock | D | Dividend | K | T | | | | | |
| 9. Merck & Co., Inc. Common Stock | D | Dividend | J | T | | | | | |
| 10. Nike, Inc. Class B Common Stock | D | Dividend | K | T | | | | | |
| 11. Omnicom Group, Inc. Common Stock | E | Dividend | K | T | | | | | |
| 12. Pepsico, Inc. Common Stock | B | Dividend | J | T | | | | | |
| 13. Zebra Technologies, Corp. | A | Interest | J | T | Sell | 5/20 | J | C | |
| 14. Freddie Mac | A | Interest | K | T | Sell | 8/18 | K | B | |
| 15. Smucker JM Co. Common Stock | A | Dividend | J | T | Sell | 5/20 | J | A | |
| 16. Sara Lee Corp. Common Stock | A | Dividend | K | T | | | | | |
| 17. Alliance Govt. RESRV Money Mkt. | B | Interest | L | T | | | | | |
| 18. Wells Fargo Bank Checking Account | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Wells Fargo Bank Checking Account ▓ | A | Interest | J | T | | | | | |
| 20. Wells Fargo Bank Market Interest Account ▓ | B | Interest | K | T | | | | | |
| 21. Port of Portland Municipal Bonds ▓ | A | Interest | K | T | | | | | |
| 22. Robert E. Jones - ▓▓ Ins. Fund | A | Interest | K | T | | | | | |
| 23. State Str. Corp. Com | A | Interest | K | T | | | | | |
| 24. Proctor & Gamble Co. | D | Interest | K | T | | | | | |
| 25. Minnesota Mining | C | Interest | K | T | | | | | |
| 26. US Treasury Inflation Protection Notes | D | Interest | M | T | Buy | 8/18 | M | | |
| 27. Colgate Palmolive Co. | A | Dividend | K | T | Buy | 5/20 | K | | |
| 28. Fannie Mae | C | Dividend | K | T | Buy | 8/18 | K | | |
| 29. Jensen Portfolio | D | Dividend | K | T | Buy | 8/18 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting — | Date of Report |
|---|---|---|
| | Jones, Robert E | 5/1/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

All teaching income was preapproved by Chief Judge Schroeder of the Ninth Circuit.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____                 Date___ *April 28, 2004*

NOTE: ANY INDIVIDUA█████████WINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544